IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK WOODARD,

    Plaintiff,

        JUDGMENT IN A CIVIL CASE

v.

        09-cv-776-wmc

U.S. TREASURY,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant U.S. Treasury granting its motion to dismiss this case for lack of subject matter jurisdiction.

_____    _____
Peter Oppeneer, Clerk of Court         5/9/11
                              Date